| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>JPMorgan Chase Bank, N.A.<br><br>In Re:<br>    Sims-Swanson, Ashley S. aka Ashley S. Swanson | Order Filed on April 24, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No: 16-25182 VFP<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 24, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

[Type text]

Upon the motion of JPMorgan Chase Bank, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐      Real Property More Fully Described as:


■      Personal Property More Fully Describes as:
       ~~Land and premises commonly known as Lot , Block~~ ,    **JF1VA2M60G9819759 2016 Subaru Wrx STI,**


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Ashley S Sims-Swanson  
    Debtor

Case No. 16-25182-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 24, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.  
db           Ashley S Sims-Swanson,     357 Springfield Avenue,     Unit#308,     Newark, NJ    07103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Herbert B. Raymond    on behalf of Debtor Ashley S Sims-Swanson bankruptcy123@comcast.net,  
          jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                                   TOTAL: 3