Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−25182−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashley S Sims−Swanson
   aka Ashley S Swanson
   357 Springfield Avenue
   Unit#308
   Newark, NJ 07103

Social Security No.:
   xxx−xx−3945

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/10/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 10, 2017
JAN: mcp

                           Jeanne Naughton
                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-25182-VFP
Ashley S Sims-Swanson                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4          Date Rcvd: Jul 10, 2017
                              Form ID: 148             Total Noticed: 113

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
```
db              Ashley S Sims-Swanson,    357 Springfield Avenue,    Unit#308,    Newark, NJ 07103
516328278      +1st Card Services,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516328279      +1st Card Services Inc.,    371 Hoes Lane,    Suite 300B,    Piscataway, NJ 08854-4143
516328283      +Afni,   PO Box 64488,    Baltimore, MD 21264-4488
516353955       Auto Insurance,    PO Box 4775,    Trenton, NJ 08650-4775
516353957       Auto Insurance Surcharge,    NJ MVS,    PO Box 016,    Trenton, NJ 08666-0166
516353956       Auto Insurance Surcharge,    PO Box 4850,    Trenton, NJ 08650-4850
516353958       Auto Insurance Surcharge,    PO Box 4775,    Trenton, NJ 08650-4775
516328294      +Chase Auto,    PO Box 78101,    Phoenix, AZ 85062-8101
516328298      +Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
516328297       Chase Auto Finance,    1400 Frye Road,    Fort Worth, TX 76155
516328299      +Chase Automotive Finance,    P0 Box 901003,    Ft Worth, TX 76101-2003
516328302      +Chase Bankcard Center,    P0 Box 29022,    Phoenix, AZ 85038-9022
516353963       Clara Maas Medical Center,    PO Box 18346,    Newark, NJ 07191-8346
516328306      +Credit Acceptance Company,    25505 West Twelve Mile Road,    Southfield, MI 48034-8316
516328308      +Credit Acceptance Corp.,    25505 W. Twelve Mile Road,    Southfield, MI 48034-8316
516328307      +Credit Acceptance Corp.,    PO Box 513,    Southfield, MI 48037-0513
516328316     #+Debt Recovery Solutions,    PO Box 9001,    Westbury, NY 11590-9001
516328315     #+Debt Recovery Solutions,    900 Merchants Concourse,    Westbury, NY 11590-5121
516328317     #+Debt Recovery Solutions,    900 Merchants Concourse,    Suite 106,    Westbury, NY 11590-5114
516555662       Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
516361351       JPMorgan Chase Bank, N.A.,    po box 29505    Phx, AZ 85038
516507978      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516328322      +Midland Funding,    1037 Raymond Boulevard,    Suite 710,    Newark, NJ 07102-5427
516328321      +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
516328318      +Midland Funding,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516353965      +Motor Vehicle Commission,    CN 143,    Trenton, NJ 08666-0143
516353966      +Motor Vehicle Services,    Division of Motor Vehicles,    225 East State Street,
                 Trenton, NJ 08666-0001
516353967      +Motor Vehicles,    Driver Control Services,    PO Box 134,    Trenton, NJ 08666-0134
516353968      +NJ-ASIC,    PO Box 4850,    Trenton, NJ 08650-4850
516430842      +NJSVS, Surcharge Violation System Office,    NJSVS, Bankruptcy Unit,    PO Box 4850,
                 Trenton, NJ 08650-4850
516353970     ++++OPTIMUM ON LINE,    1111 STEWART AVE,    BETHPAGE NY  11714-3533
               (address filed with court: Optimum on line,      111 Stewart Avenue,    Bethpage, NY 11714)
516328334       PSEG,    P0 Box 14106,    New Brunswick, NJ 08906
516328335      +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516328331       PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
516328327      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516328328      +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
516328329      +Pressler And Pressler, Attorneys,    7 Entin Road,    Parsippany, NJ 07054-5020
516328336      +Retro Fitness,    170 Schuyler Avenue,    North Arlington, NJ 07031-5425
516328337      +Sallie Mae Bankruptcy,    220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
516328342      +Sprint Wireless,    1521 West Cameron Avenue,    PO Box 2220,    West Covina, CA 91793-2220
516328345      +State of New Jersey,    Department of Labor,    PO Box 059,    Trenton, NJ 08625-0059
516328343       State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516353972      +Township of Bloomfield,    1 Municipal Plaza,    Attn: Municipal Court,
                 Bloomfield, NJ 07003-3470
516328352      +Trident Asset Management,    53 Perimeter Center E Ste 4,    Atlanta, GA 30346-2287
516328360     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: US Department of Education AFSA,      PO Box 7202,    Utica, NY 13504)
516353973      +UMDNJ,   150 Bergen Street,    Newark, NJ 07103-2406
516328356      +US Department of Education,    Atlanta Service Center,    Atlanta Federal Center Tower,
                 61 Forsyth Street SW , Room 19T89,    Atlanta, GA 30303-8928
516328358      +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
516392439       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
516328357      +US Department of Education,    National Payment Center,    PO Box 4169,
                 Greenville, TX 75403-4169
516328359      +US Department of Education,    National Payment Center,    PO Box 4142,
                 Greenville, TX 75403-4142
516353975      +University Hospital,    PO Box 3009,    Newark, NJ 07103-0009
516353974      +University Hospital,    100 Bergen St.,    Newark, NJ 07103-2494
516353976      +University of Medicine and Dentistry,    PO Box 3009,    Newark, NJ 07103-0009
516328355      +Us Department Of Education,    P0 Box 7860,    Madison, WI 53707-7860
516328361      +Verizon,    135 East State Street,    Trenton, NJ 08608-1709
516328370       Walmart,    PO Box 628043,    Orlando, FL 32862
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2017 23:25:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2017 23:25:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-2               User: admin               Page 2 of 4               Date Rcvd: Jul 10, 2017
                                   Form ID: 148              Total Noticed: 113


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516328280       +EDI: AFNIRECOVERY.COM Jul 10 2017 23:03:00      Afni,   404 Brook Drive,   PO Box 3517,
                 Bloomington, IL 61702-3517
516328281       +EDI: AFNIRECOVERY.COM Jul 10 2017 23:03:00      Afni,   PO Box 20939,   Ferndale, MI 48220-0939
516353959       +E-mail/Text: ebn@barnabashealth.org Jul 10 2017 23:26:19      Barnabus Health,   PO Box 903,
                 Oceanport, NJ 07757-0903
516328285        EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One,   PO Box 85015,
                 Richmond, VA 23285-5015
516328290        EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One Bank Usa,   15000 Capital One Drive,
                 Richmond, VA 23238
516353960       +E-mail/Text: bcwrtoff@cablevision.com Jul 10 2017 23:26:38      Cable Vision,
                 360 Central Avenue,   Newark, NJ 07103-2808
516353961       +E-mail/Text: bcwrtoff@cablevision.com Jul 10 2017 23:26:38      Cablevision,   P0 Box 371378,
                 Pittsburgh, PA 15250-7378
516328286       +EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One,   PO Box 26030,
                 Richmond, VA 23260-6030
516328289       +EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One,   PO Box 85184,
                 Richmond, VA 23285-5184
516328287       +EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One,   PO Box 85147,
                 Richmond, VA 23276-0001
516328284       +EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One,   PO Box 85617,
                 Richmond, VA 23285-5617
516328288       +EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One,   1957 Westmoreland Rd.,
                 Richmond, VA 23276-0001
516410692        EDI: CAPITALONE.COM Jul 10 2017 23:03:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516328291       +EDI: CHASE.COM Jul 10 2017 23:03:00      Chase,   Cardmember Service,   PO Box 15153,
                 Wilmington, DE 19886-5153
516328292       +EDI: CAUT.COM Jul 10 2017 23:03:00      Chase Auto,   PO Box 78050,   Phoenix, AZ 85062-8050
516328293       +EDI: CAUT.COM Jul 10 2017 23:03:00      Chase Auto,   PO Box 31167,   Tampa, FL 33631-3167
516328295       +EDI: CAUT.COM Jul 10 2017 23:03:00      Chase Auto Finance,   PO Box 5210,
                 New Hyde Park, NY 11042-5210
516328296       +EDI: CAUT.COM Jul 10 2017 23:03:00      Chase Auto Finance,   201 N. Center Avenue,
                 Phoenix, AZ 85004-1071
516328300       +EDI: CAUT.COM Jul 10 2017 23:03:00      Chase Automotive Finance,   P0 Box 31207,
                 Tampa, FL 33631-3207
516328301       +EDI: CHASE.COM Jul 10 2017 23:03:00      Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
516328303        EDI: CHASE.COM Jul 10 2017 23:03:00      Chase Bankcard Services,   PO Box 30755,
                 Tampa, FL 33630-3755
516328304       +EDI: CHASE.COM Jul 10 2017 23:03:00      Chase Bankcard Services,   PO Box 659409,
                 San Antonio, TX 78265-9409
516353962       +E-mail/Text: ebn@barnabashealth.org Jul 10 2017 23:26:19      Clara Maas Medical Center,
                 PO Box 29948,   New York, NY 10087-9948
516353964       +E-mail/Text: ebn@barnabashealth.org Jul 10 2017 23:26:19      Clara Maass Medical Center,
                 1 Clara Maass Drive,   Belleville, NJ 07109-3557
516552793       +E-mail/Text: bncmail@w-legal.com Jul 10 2017 23:26:02      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516328311       +EDI: RCSFNBMARIN.COM Jul 10 2017 23:03:00      Credit One Bank,   P0 Box 98872,
                 Las Vegas, NV 89193-8872
516328314       +EDI: RCSFNBMARIN.COM Jul 10 2017 23:03:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
516328312       +EDI: RCSFNBMARIN.COM Jul 10 2017 23:03:00      Credit One Bank,   P0 Box 80015,
                 Los Angeles, CA 90080-0015
516328313       +EDI: RCSFNBMARIN.COM Jul 10 2017 23:03:00      Credit One Bank,   PO Box 60500,
                 City Of Industry, CA 91716-0500
516328326       +EDI: NAVIENTFKASMSERV.COM Jul 10 2017 23:03:00      Navient,   P0 Box 9635,
                 Wilkes Barre, PA 18773-9635
516353969       +E-mail/Text: bcwrtoff@cablevision.com Jul 10 2017 23:26:38      Optimum,   1111 Stewart Avenue,
                 Bethpage, NY 11714-3533
516335158        EDI: RECOVERYCORP.COM Jul 10 2017 23:03:00      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
516328333       +E-mail/Text: bankruptcy@pseg.com Jul 10 2017 23:25:20       PSEG,   PO Box 490,
                 Cranford, NJ 07016-0490
516328332        E-mail/Text: bankruptcy@pseg.com Jul 10 2017 23:25:20       PSEG,   PO Box 790,
                 Cranford, NJ 07016-0790
516328338        EDI: NEXTEL.COM Jul 10 2017 23:03:00      Sprint PCS,   PO Box 62071,   Baltimore, MD 21264
516353971       +E-mail/Text: ebn@barnabashealth.org Jul 10 2017 23:26:19      Saint Barnabas Health Care Systems,
                 PO Box 903,   Oceanport, NJ 07757-0903
516328341       +EDI: NEXTEL.COM Jul 10 2017 23:03:00      Sprint PCS,   PO Box 105243,   Atlanta, GA 30348-5243
516328339       +EDI: NEXTEL.COM Jul 10 2017 23:03:00      Sprint PCS,   PO Box 8077,   London, KY 40742-8077
516328346       +EDI: RMSC.COM Jul 10 2017 23:03:00      Synchrony Bank,   PO Box 530927,
                 Atlanta, GA 30353-0927
516328348       +EDI: RMSC.COM Jul 10 2017 23:03:00      Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
516328347       +EDI: RMSC.COM Jul 10 2017 23:03:00      Synchrony Bank,   PO Box 965013,
                 Orlando, FL 32896-5013
516328350        EDI: RMSC.COM Jul 10 2017 23:03:00      Synchrony Bank/Walmart,   P0 Box 965024,
                 El Paso, TX 79998
```

```
District/off: 0312-2          User: admin               Page 3 of 4          Date Rcvd: Jul 10, 2017
                              Form ID: 148              Total Noticed: 113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516328351     +EDI: RMSC.COM Jul 10 2017 23:03:00      Synchrony Bank/Walmart,    PO Box 965024,
               Orlando, FL 32896-5024
516328363     +EDI: VERIZONEAST.COM Jul 10 2017 23:03:00      Verizon,    500 technology Drive,
               Saint Charles, MO 63304-2225
516328362     +EDI: VERIZONCOMB.COM Jul 10 2017 23:03:00      Verizon,    PO Box 15124,    Albany, NY 12212-5124
516328364     +EDI: VERIZONCOMB.COM Jul 10 2017 23:03:00      Verizon Bankruptcy South,     PO Box 25087,
               Wilmington, DE 19899-5087
516328365     +EDI: VERIZONCOMB.COM Jul 10 2017 23:03:00      Verizon Communications,    PO Box 920041,
               Dallas, TX 75392-0041
516328366     +EDI: VERIZONCOMB.COM Jul 10 2017 23:03:00      Verizon Inc.,    PO Box 660720,
               Dallas, TX 75266-0720
516328367     +EDI: VERIZONCOMB.COM Jul 10 2017 23:03:00      Verizon Online,    PO Box 12045,
               Trenton, NJ 08650-2045
516328369     +EDI: VERIZONWIRE.COM Jul 10 2017 23:03:00      Verizon Wireless,    PO Box 17120,
               Tucson, AZ 85731-7120
516328368     +EDI: VERIZONCOMB.COM Jul 10 2017 23:03:00      Verizon Wireless,    2000 Corporate Drive,
               Orangeburg, NY 10962-2624
516328371      EDI: RMSC.COM Jul 10 2017 23:03:00      Walmart,    PO Box 960023,    Dayton, FL 32896
516328372     +EDI: RMSC.COM Jul 10 2017 23:03:00      Walmart,    PO Box 981064,    El Paso, TX 79998-1064
                                                                                               TOTAL: 55

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516328282*    +Afni,   404 Brook Drive,    PO Box 3517,    Bloomington, IL 61702-3517
516328305*     Chase Bankcard Services, Inc.,    PO Box 30755,    Tampa, FL 33630-3755
516328309*    +Credit Acceptance Corporation,    PO Box 513,    Southfield, MI 48037-0513
516328310*    +Credit Acceptance Inc.,    25505 West Twelve Mile Road,    Southfield, MI 48034-8316
516328319*    +Midland Funding,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516328320*    +Midland Funding,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516328323*    +Midland Funding Co. Inc.,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516328324*    +Midland Funding Company,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516328325*    +Midland Funding LLC,    1037 Raymond Boulevard,    Suite 710,    Newark, NJ 07102-5427
516328330*    +Pressler And Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516328340*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint PCS,     PO Box 62071,    Baltimore, MD 21264)
516328344*     State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516328349*    +Synchrony Bank,    PO Box 960013,    Orlando, FL 32896-0013
516328353*    +Trident Asset Management,    53 Perimeter Center E Ste 4,    Atlanta, GA 30346-2287
516353977*    +University of Medicine and Dentistry,    PO Box 3009,    Newark, NJ 07103-0009
516328354    ##+Trident Asset Management,    5755 Northpoint Parkway,    Alpharetta, GA 30022-1136
                                                                                    TOTALS: 0, * 15, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 4 of 4              Date Rcvd: Jul 10, 2017
                              Form ID: 148              Total Noticed: 113
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Ashley S Sims-Swanson bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 3
```